IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:17-CR-2-1FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES MARVIN POOLE | ) | |

This matter is before the court on appellate counsel's motion for access to sealed docket entry nos. 6, 13, 14, 17, 31, 32, 35, 37, 42, 44, 47 and 48 in the above-captioned case.

For good cause shown, the motion is hereby GRANTED IN PART. The Clerk of Court is hereby directed to send a copies of sealed docket entry nos. 13, 17, 31, 35, 37, 42, and 48 to appellate counsel via electronic mail. Counsel's request for access to sealed docket entry nos. 6, 14, 32, 44 and 47 is DENIED as the documents attached to these docket entries are minute sheets and available only to court personnel.

SO ORDERED, this 28th day of February, 2018.

LOUISE W. FLANAGAN
United States District Judge